HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TENTH PLACE CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 19-cv-01921-RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>February 26, 2020 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by counsel for the above-captioned parties that all claims in this matter shall be dismissed with prejudice and without costs, with each party bearing its own attorney fees and expenses.

DATED this 26th day of February, 2020.

| STEIN SUDWEEKS & STEIN | WILSON SMITH COCHRAN DICKERSON |
|---|---|
| *s/Daniel Stein*<br>Daniel Stein, WSBA #48739<br>Justin D. Sudweeks, WSBA #28755<br>Jerry H. Stein, WSBA #27721<br>2701 – 1st Avenue, Suite 430<br>Seattle WA 98121<br>Phone: 206/388-0660<br>Email: dstein@condodefects.com<br>jsudweeks@condodefects.com<br>jstein@condodefects.com<br>*Attorneys for Plaintiff Tenth Place Condominium Association* | *s/Brian Buron*<br>Alfred E. Donohue, WSBA No. 32774<br>Brian Buron, WSBA No. 27206<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>Phone: 206-985-2927<br>Email: donohue@wscd.com; buron@wscd.com<br>*Attorneys for Defendant Allstate Insurance Company* |

STIPULATION AND [~~PROPOSED~~] ORDER OF
DISMISSAL – 1
(Case No. 19-cv-01921-RSL)
LHB/BB6513.097/3487288x

WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

## ORDER

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs, with each party to bear its own attorney fees and expenses.

Dated this 28th day of February, 2020.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

WILSON SMITH COCHRAN DICKERSON

_s/Brian Buron_
Alfred E. Donohue, WSBA No. 32774
Brian Buron, WSBA No. 27206
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: 206-985-2927
Email: donohue@wscd.com; buron@wscd.com
*Attorneys for Defendant Allstate Insurance Company*

STEIN SUDWEEKS & STEIN

_s/Daniel Stein_
Daniel Stein, WSBA #48739
Justin D. Sudweeks, WSBA #28755
Jerry H. Stein, WSBA #27721
2701 – 1st Avenue, Suite 430
Seattle WA 98121
Phone: 206/388-0660
Email: dstein@condodefects.com
jsudweeks@condodefects.com
jstein@condodefects.com
*Attorneys for Plaintiff Tenth Place Condominium Association*

STIPULATION AND ~~PROPOSED~~ ORDER OF
DISMISSAL – 2
(Case No. 19-cv-01921-RSL)
LHB/BB6513.097/3487288x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273